IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES SANFORD,<br><br>               Plaintiff,<br><br>     v.<br><br>MACE'S RESTAURANT LTD dba MACE'S;<br>ANNE K. OETTLE FAMILY LTD<br>PARTNERSHIP LP,<br><br>               Defendant. | 2:05-cv-01469-GEB-KJM<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

        On September 14, 2005, Plaintiff filed a Notice of Settlement which indicates this action has settled.  Therefore, the parties have until October 14, 2005, to file a dismissal document or to lodge a document which could effect dismissal.  <u>See</u> L.R. 16-160(b).

        The Status (Pretrial Scheduling) Conference currently scheduled on October 3, 2005, is continued to November 14, 2005, at 9:00 a.m., to provide the parties time to file or lodge a dismissal document.  If the action is not dismissed as indicated in the Notice,

/////

/////

/////

1

the parties shall file a joint status conference report no later than October 31, 2005.[1]

IT IS SO ORDERED.

Dated:  September 15, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2